IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VLADIMIR MARCHUK, | CIVIL ACTION |
| Petitioner, | |
| v. | NO. 11-2304 |
| CRAIG A. LOWE, et al., | |
| Respondents. | |

## ORDER

AND NOW, this 4th day of April, 2012, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS HEREBY ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE and without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
Anita B. Brody, J.

Copies via ECF on ___   Copies via US mail on ___